## MIZE v. BREWER.

*Atkinson, J.*—An affidavit to appeal *in forma pauperis* from a judgment rendered by a county court, upon which affidavit was an entry of filing duly signed by the county judge, and which was in all respects complete except that it lacked the signature of the county judge to the *jurat,* was amendable by supplying the deficiency; and it was therefore error not to allow the appellant to show by that judge that the failure to sign was a clerical omission, and also error to refuse to allow him to sign the *jurat instanter.*        *Judgment reversed.*
August 24, 1896.

Appeal.        Before Judge Reese.        Elbert superior court. September term, 1895.

The case of Brewer *v.* Mize, pending on appeal from the county court, being called for trial, counsel for plaintiff

moved to dismiss the appeal on the ground that the affidavit *in forma pauperis* had no *jurat* to it, the affidavit being in all other respects of proper form and being dated August 15, 1894. On the back of the affidavit was written "Filed this August 15, 1894, P. P. Proffitt, Judge C. C.'" The only objection offered to the affidavit was that it lacked the signature of the judge of the county court to the *jurat*. In answer to this objection defendant moved the court to allow him to show by the judge of the county court, who was then present in court, that it was a clerical omission by him that his signature did not appear on the *jurat*, and moved further to have said judge supply the deficiency *instanter*. This the court refused to allow and dismissed the appeal.

*Ira C. Van Duzer*, for plaintiff in error.